UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-CR-1885-GPC |
| Plaintiff, | **Order Granting Motion to Continue Hearing Pursuant to 18 U.S.C § 3161(h)** |
| v. | [ECF No. 43] |
| MARLA CUNNINGHAM, | |
| Defendant. | |

Good cause appearing, the Court grants the parties' joint motion to continue pretrial motion hearing from April 22, 2016, to July 29, 2016, at 10:30 a.m. The Court finds the time excludable from April 15, 2016, ECF No. 43, until July 29, 2016, for the purposes of the Speedy Trial Act for the following reasons:

1. A psychological examination requested by defense counsel is not yet complete, which excludes time under 18 U.S.C. § 3161(h)(1)(A).

2. Ms. Cunningham is currently enrolled in the CRASH residential drug-treatment program as a condition of her pretrial release, ECF No. 42, and is currently unavailable to assist in the preparation of her defense, which excludes time under 18 U.S.C. § 3161(h)(3)(A).

Furthermore, under 18 U.S.C. § 3161(h)(7)(A), "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" due to Defense Counsel's representation that review of the

voluminous discovery materials is not yet complete and has now been hindered by Ms. Cunningham's enrolment in the CRASH residential drug-treatment program. Therefore, the Court finds that the time should also be excluded based on the factors outlined in 18 U.S.C. § 3161(h)(7)(B)(iv).

So ordered.

Dated:  April 19, 2016

Hon. Gonzalo P. Curiel
United States District Judge